

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00025-CV

**IN RE UATP MANAGEMENT, LLC** d/b/a Urban Air Adventure Park and UA 1604, LLC
d/b/a Urban Air, Relators

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: June 12, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED WITHOUT PREJUDICE

On May 28, 2024, this court notified relators that their petition for writ of mandamus, filed January 11, 2024, contains no proof of service, and gave relators until June 4, 2024, to comply with Rule 9.5 of the Texas Rules of Appellate Procedure. On June 4, 2024, Relators filed a response demonstrating that they provided the real parties in interest with a copy of their petition for writ of mandamus via email on January 11, 2024—the same day relators filed their mandamus petition.

However, service by email does not comply with Rule 9.5(b) which mandates that "[a] document filed electronically . . . must be served electronically through the electronic filing

---

[1] This proceeding arises out of Cause No. 2020CI17722, styled *Eric Crooks and Maryann Crooks, Individually and as Next Friends of V.C., a Minor v. UATP Management, LLC d/b/a Urban Air Adventure Park; UA 1604, LLC d/b/a Urban Air; Fun Spot Manufacturing, LLC; and ABEO North America, Inc.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

manager . . . ." TEX. R. APP. P. 9.5(b); *see also* TEX. R. APP. P. 9.5(e) ("For a document filed electronically in a civil case, an automated certificate of service generated by the filing party's electronic filing service provider" meets the certificate of service requirement.). Therefore, we dismiss relators' petition for writ of mandamus without prejudice to refiling in compliance with the Texas Rules of Appellate Procedure. The stay imposed on January 18, 2024, is lifted. We dismiss any pending motions as moot.

PER CURIAM